UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
SELMA DUNDAR,                        :
                                     :    NOT FOR PUBLICATION
              Plaintiff,             :
                                     :    ORDER
        -against-                    :
                                     :    04-CV-3217 (CBA)
JO ANNE B. BARNHART,                 :
Commissioner of Social Security,     :
                                     :
              Defendant.             :
------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE:

        For the reasons set forth on the record today, the

defendant's motion for judgment on the pleadings is granted in

part and denied in part, and the plaintiff's cross-motion for

judgment on the pleadings is denied.  The Commissioner's denial

of Social Security Income ("SSI") prior to March 25, 1999 is

affirmed, as is the Commissioner's denial of Disability Insurance

Benefits ("DIB") during any period for which such benefits are

claimed.  With regard to plaintiff's remaining claim for SSI

benefits during the period beginning March 25, 1999 and ending

December 31, 1999, the case is remanded for further findings on

the effect of plaintiff's obesity on her capacity to perform

sedentary work during that period.  The Clerk of the Court is

directed to enter judgment in accordance with this Order and to

close the case.

        SO ORDERED.

Dated:    Brooklyn, New York
          August 1, 2005


                              Carol Bagley Amon
                              United States District Judge